HC-001

Name: STEVEN SENSABAUGH

Address: P.O. BOX 3461

CORCORAN, CA 93212

3A04 CELL # 140

FILED

OCT 25 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

CDC or ID Number: BP0518

CLERK OF THE U.S. DISTRICT COURT
THE EASTEREN DISTRICT OF CALIFORNIA
2500 TULARE STREET
FRESNO, CA 93721
*(Court)*

|  |
|---|
| Petitioner |
| vs. |
| Respondent |

**PETITION FOR WRIT OF HABEAS CORPUS**

No. 1:22-CV-01371-HBK (HC)

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

---

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original of the petition and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

RECEIVED

OCT ~~~~

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| |
|---|
| Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2018). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal. |

Form Approved for Optional Use
Judicial Council of California
HC-001 [Rev. January 1, 2019]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courts.ca.gov

**This petition concerns:**

☐ A conviction                    ☐ Parole

☒ A sentence                      ☐ Credits

☐ Jail or prison conditions       ☐ Prison discipline

☐ Other *(specify):* _____

1. Your name: STEVEN D. SENSABAUGH

2. Where are you incarcerated? FRESNO COUNTY

3. Why are you in custody? ☒ Criminal conviction    ☐ Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

      FORCIBLE RAPE

   b. Penal or other code sections: 261 SUBDIVISION (a)(2)

   c. Name and location of sentencing or committing court:

      FRESNO COUNTY JAIL COURT 7TH FLOOR

   d. Case number: F03I353

   e. Date convicted or committed: NOVEMBER 26, 2019

   f. Date sentenced: JANUARY 28, 2020

   g. Length of sentence: 35 YEARS

   h. When do you expect to be released? MAY 2038

   i. Were you represented by counsel in the trial court? ☒ Yes    ☐ No    *If yes, state the attorney's name and address:*

      RYAN ROTH

4. What was the LAST plea you entered? *(Check one):*

   ☐ Not guilty    ☐ Guilty    ☐ Nolo contendere    ☒ Other: NO CONTEST

5. If you pleaded not guilty, what kind of trial did you have?

   ☐ Jury    ☐ Judge without a jury    ☒ Submitted on transcript    ☐ Awaiting trial

HC-001

6.  **GROUNDS FOR RELIEF**
    **Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

    THE COURT PROCEED WITHOUT AN ASL
    INTERPRETER PRESENT FOR THE HEARING
    IMPAIRED DEFENDANT

    a. **Supporting facts:**
    Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*.

    I'VE ALWAYS BEEN WITH AN ASL INTERPRETER
    THROUGHOUT GRADE SCHOOL TO COLLEGE. IM
    COMPLETELY DEAF IN MY RIGHT EAR BUT WEARS
    A HEARING AID IN MY LEFT EAR. COURT
    ROOM AND BUSY AREAS I CAN'T HEAR EVERYTHING
    FULLY. I FALL UNDER THE ADA ACT AND THE
    COURT FAILED MY CONSTITUTIONAL RIGHTS AS
    AN HEARING IMPAIRED DEFENDANT

    b. **Supporting documents:**
    Attach declarations, relevant records, transcripts, or other documents supporting your claim. (See *People v. Duvall* (1995) 9 Cal. 4th 464, 474.)

    I HAVE DOCTOR RECORDS FROM UC DAVIS IN
    SACRAMENTO, CA TO SUPPORT MY CLAIM
    AND ALSO SCHOOL RECORDS FROM MONTEREY
    TRAILS HIGH SCHOOL IN ELK GROVE, CA

    c. **Supporting cases, rules, or other authority** *(optional)*:
    (Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

    PEOPLE V. AGUAYO  13 CAL. 5TH 974

    PEOPLE V. VARGAS  59 CAL. 4TH 635

    PEOPLE V. VASQUEZ  63 CAL. APP 5TH 107

7. **Ground 2 or Ground _____** *(if applicable):*

ALI v. CITY OF NEWARK, 2019 U.S. DIST. LEXIS
49102

a. Supporting facts:

SHOWS NO SIGN LANGUAGE INTERPRETER
WAS PRESENT IN COURT DUE TO THE PERON
HEARING IMPAIRED AND CASE WAS DISMISSED.

• TITLE II OF THE AMERICANS WITH DISABILITIES ACT

• 504 OF THE REHABILITATION ACT

14 AMENDMENT

8 AMENDMENT

5 AMENDMENT

b. Supporting documents:

c. Supporting cases, rules, or other authority:

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes ☐ No    If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"):

SUPREME COURT OF CALIFORNIA

b. Result: DENIED                                    c. Date of decision: 8/12/2021

d. Case number or citation of opinion, if known: FO81353

e. Issues raised: (1) NO SIGN LANGUAGE INTERPRETER PRESENT

(2) NOT UNDERSTANDING PLEA DEAL

(3) VIOLATION OF CONSTITUTION RIGHTS

f. Were you represented by counsel on appeal? ☒ Yes ☐ No    If yes, state the attorney's name and address, if known:

JAMES BISNOW
117 EAST COLORADO BLVD SUITE #600
PASADENA, CA 91105

9. Did you seek review in the California Supreme Court? ☐ Yes ☒ No    If yes, give the following information:

a. Result: _____    b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised: (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal (see *In re Dixon* (1953) 41 Cal.2d 756, 759):

THE PHONE CALLS THAT WERE MADE WHEN I WAS
DISORIENT AND STRESSED

11. Administrative review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Dexter* (1979) 25 Cal.3d 921, 925.) Explain what administrative review you sought or explain why you did not seek such review:

_____

_____

_____

_____

_____

_____

_____

_____

_____

b. Did you seek the highest level of administrative review available? ☐ Yes ☒ No

*Attach documents that show you have exhausted your administrative remedies. (See People v. Duvall (1995) 9 Cal.4th 464, 474.)*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court, including this court? (See *In re Clark* (1993) 5 Cal.4th 750, 767–769 and *In re Miller* (1941) 17 Cal.2d 734, 735.)

☐ Yes    If yes, continue with number 13.    ☒ No    If no, skip to number 15.

13 a. (1) Name of court: _____

    (2) Nature of proceeding (for example, "habeas corpus petition"): _____

    (3) Issues raised: (a) _____

               (b) _____

    (4) Result (attach order or explain why unavailable): _____

    (5) Date of decision: _____

  b. (1) Name of court: _____

    (2) Nature of proceeding: _____

    (3) Issues raised: (a) _____

               (b) _____

    (4) Result *(attach order or explain why unavailable):* _____

    (5) Date of decision: _____

  c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____

_____

_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Robbins* (1998) 18 Cal.4th 770, 780.)

_____

_____

_____

16. Are you presently represented by counsel? ☐ Yes ☒ No    If yes, state the attorney's name and address, if known:

_____

_____

_____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes ☒ No    If yes, explain:

_____

_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

_____

_____

_____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 10/20/22 _____

                             (SIGNATURE OF PETITIONER)