

FILED
DEC 19 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1 STEVEN D. SENSABAUGH
2 #BP0518  3A04  cell #140
3 P.O. Box 3461
4 CORCORAN, CA 93212

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN SENSABAUGH,   No. 1:22-CV-01371-HBK
  PETITIONER,        MOTION TO AMEND
                     PETITION TO NAME
  V.                 PROPER RESPONDENT
WARDEN CAMPBELL,
  RESPONDENT.

RELIEF SOUGHT

PETITIONER MOVES THIS COURT TO FILE A MOTION TO AMEND THE INSTANT PETITION AND NAME A PROPER RESPONDENT.

GROUNDS FOR MOTION

UNITED STATES MAGISTRATE JUDGE HELENA M. BARCH-KUCHTA IN THE INTERESTS OF JUDICIAL ECONOMY ORDERED PETITIONER TO AMEND PETITION TO NAME PROPER RESPONDENT

RESPECTFULLY SUBMITTED,
STEVEN D. SENSABAUGH  #BP0518