UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SENSABAUGH,<br><br>    Petitioner,<br><br>    v.<br><br>CAMPBELL, Warden,<br><br>    Respondent. | No.  1:22-cv-01371-HBK<br><br>ORDER GRANTING MOTION TO AMEND AND NAME PROPER RESPONDENT<br><br>(Doc. No. 5)<br><br>ORDER SUBSTITUTING WARDEN CAMPBELL AS RESPONDENT |

On October 25, 2022, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2254.  (Doc. No. 1).  The Court advised Petitioner that the petition failed to name a proper respondent and granted Petitioner leave to file a motion to amend to name a proper respondent. (Doc. No. 5).  Petitioner moves to amend the Petition to name Warden Campbell as Respondent in this matter.  (Doc. No. 6).  A warden has "day-to-day control over" a petitioner and is a proper respondent in a habeas action.  *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992).

Accordingly, it is **ORDERED**:

Petitioner's Motion to Amend the Petition (Doc. No. 6) is GRANTED.  Warden Campbell hereby SUBSTITUTED as Respondent in this matter.

Dated:    January 6, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE