UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SENSABAUGH, | Case No. 1:22-cv-01371-KES-HBK (HC) |
| Petitioner, | ORDER DIRECTING CLERK TO STRIKE INCORRECTLY FILED PLEADING FROM DOCKET |
| v. | |
| CAMPBELL, Warden, | (Doc. 14). |
| Respondent. | |

On April 17, 2023, the Clerk filed a pleading titled "Traverse" in this action.   (Doc. 14). Although the caption of the pleading reflects the correct case number, it does not identify the petitioner or the respondent as the identified parties.  Further review of the pleading reveals the substance of pleading addresses a civil rights action filed by the named plaintiff in another action bearing the same case number suffix (1371), but a different case prefix, i.e. year (21).  Thus, the pleading was intended for a different action and was improperly filed in this action.

Accordingly, it is ORDERED:

The Clerk of Court shall strike the incorrectly filed Traverse (Doc. 14) from the docket.

Dated:   __March 2, 2026__

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE